1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

17
18
19
20
21
22
23
24
25
26

| | |
|---|---|
| JOHN AMORATI and KAREN AMORATI, ) | |
| ) | CASE NO.   3:11-cv-00331-LRH-VPC |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MORTGAGE ELECTRONIC ) | **STIPULATION AND ORDER TO** |
| REGISTRATION SYSTEMS, INC., a Delaware) | **DISMISS PLAINTIFFS' COMPLAINT** |
| Corporation; FIRST OHIO BANC & ) | **WITH PREJUDICE AND TO CANCEL** |
| LENDING, INC.; KIRK K. SMITH, an ) | **AND EXPUNGE LIS PENDENS** |
| individual; EMC MORTGAGE ) | |
| CORPORATION; and DOES 1 through 25; ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

27
28

1

Defendants EMC Mortgage LLC formerly known as EMC Mortgage Corporation (collectively, "EMC") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants"), and Plaintiffs John Amorati and Karen Amorati ("Plaintiffs"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against MERS and EMC, with the parties to bear their own attorneys' fees and costs of suit, and each of the Defendants (and their respective affiliates, predecessors, successors, successor servicers, and assigns) shall be released and discharged from all claims that are herein alleged, or could have been alleged, by the Plaintiffs through and including the date of this Stipulation.

2. Plaintiffs hereby voluntarily dismiss this action as against all remaining defendants without prejudice pursuant to Fed. R. Civ. P. 41(a).

3. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of any of the Defendants (or any of their affiliates, predecessors, successors, and assigns) relating to the real property that is the subject of this action (21440 Pinenut Road, Virginia City, Nevada 89521, parcel no. 003-101-14) (the "Property") and/or any mortgage, security interest, or foreclosure relating to said Property.

4. The Notice of Pendency of Action (Instrument Number 0114823) ("Lis Pendens") that Plaintiffs caused to be recorded on or about April 5, 2011 against the Property shall be cancelled and expunged from the records of the Storey County, Nevada Recorder ("Recorder"), and shall be of no force or effect whatsoever; and this Order may be recorded with the Recorder forthwith.

. . .

. . .

. . .

5.       Inasmuch as this action is dismissed as against all named defendants, all pending motions, hearings and other pending matters herein are hereby vacated and this entire action is hereby deemed CLOSED.

DATED January 20, 2012.

SMITH LARSEN & WIXOM

*[signature]*

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
EMC Mortgage LLC formerly
known as EMC Mortgage Corporation, and
Mortgage Electronic Registration Systems, Inc.

DATED January 20, 2012.

TORY M. PANKOPF, LTD.

 /s/ Tory M. Pankopf, Esq. (*see* attached)
Tory M. Pankopf, Esq.
Nevada Bar No. 7477
10471 Double R Blvd., Suite C
Reno, NV   89521
tppankopf@sbcglobal.net
Attorney for Plaintiffs

**IT IS SO ORDERED** this _____ day of _____, 2012.

                                        SEE NEXT PAGE
                                        _____
                                        U.S. DISTRICT JUDGE

5.  Inasmuch as this action is dismissed as against all named defendants, all pending motions, hearings and other pending matters herein are hereby vacated and this entire action is hereby deemed CLOSED.

DATED January 14, 2012.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
EMC Mortgage LLC formerly
known as EMC Mortgage Corporation, and
Mortgage Electronic Registration Systems, Inc.

DATED January 20th, 2012.

TORY M. PANKOPF, LTD.

/s/ Tory Pankopf
Tory M. Pankopf, Esq.
Nevada Bar No. 7477
10471 Double R Blvd., Suite C
Reno, NV  89521
tppankopf@sbcglobal.net
Attorney for Plaintiffs


**IT IS SO ORDERED** this 23rd day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4